# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE,<br><br>   Plaintiff,<br><br>   v.<br><br>MINH Q. HUYNH, et al.,<br><br>   Defendants. | Case No. 15-cv-04710 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within sixty days. All scheduled dates, including the July 27, 2016 case management conference, are VACATED.

IT IS SO ORDERED.

Dated:  July 25, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge